# United States District Court
# Eastern District of California

Ronald TheleMaque

Plaintiff(s)

V.

Warden, California City Detention Center

Defendant(s)

Case Number: 1:26-cv-09070

APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Tamika Grace Jude hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Ronald TheleMaque

On May 11, 2021 (date), I was admitted to practice and presently in good standing in the Supreme Court of New Jersey (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: November 15, 2026

Signature of Applicant: /s/ Tamika Grace Jude

**Pro Hac Vice Attorney**

Applicant's Name: Tamika Grace Jude

Law Firm Name: Jude Law LLC

Address: 66 West Flagler Street, Suite 900

New Jersey Bar No. 340742021

City: Miami State: FL Zip: 33130

Phone Number w/Area Code: 866-724-5833

City and State of Residence: Poinciana, Florida

Primary E-mail Address: attorney@judelawoffice.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Cynthia Bautista

Law Firm Name: Bautista Immigration Law, P.C.

Address: 1227 Laurel Street

Email: cbautista@bautista-law.com

City: San Carlos State: CA Zip: 94070

Phone Number w/Area Code: 650-674-6070 Bar # 336327

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 11/17/2026

Chi Soo Kim

JUDGE, U.S. DISTRICT COURT

Tamika Grace Jude (New Jersey Bar No. 340742021)
JUDE LAW LLC
66 West Flagler Street, Suite 900
Miami, FL 33130
Telephone: 866-724-5833
Email: attorney@judelawoffice.com
Pro Hac Vice Admission Requested

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

RONALD THELEMAQUE,
Petitioner,
v.
WARDEN, CALIFORNIA CITY DETENTION CENTER,
Respondent.

**Case No. 1:26-cv-09070**

**DECLARATION IN SUPPORT OF PRO HAC VICE APPLICATION**

I, Tamika Grace Jude, declare as follows:

1. I am the applicant for admission pro hac vice in this action. The factual statements in my accompanying application are true and correct. My New Jersey attorney identification number is 340742021.

2. I have reviewed and will comply with the applicable Local Rules of this Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 15, 2026.

/s/ Tamika Grace Jude
Tamika Grace Jude

# Supreme Court of New Jersey

# Certificate of Good Standing

*This is to certify that* **TAMIKA GRACE JUDE** *(No.* **340742021** *) was constituted and appointed an Attorney at Law of New Jersey on* **May 11, 2021** *and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.*

*I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.*

*Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.*

*In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this 15th day of November, 2026.*

Heather J. Baker

*Clerk of the Supreme Court*